**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| **ALESSIO M. EMANUEL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:13-cv-0609** |
| | ) | |
| | ) | **Judge Trauger** |
| **JUDGE DOZIER and** | ) | |
| **PROBATION OFFICER DONNA CHERRY,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Plaintiff Alessio M. Emanuel, proceeding *pro se*, has filed a complaint for damages under 42 U.S.C. § 1983. Presently pending is the plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs. (ECF No. 2.) Because it is apparent from his submission that the plaintiff lacks sufficient financial resources from which to pay the full filing fee in advance, the application (ECF No. 2) is **GRANTED**.

Having granted the plaintiff leave to proceed as a pauper, the Court must also conduct an initial review of the complaint pursuant to 28 U.S.C. § 1915(e)(2), and must dismiss the complaint *sua sponte*, prior to service upon the defendants, if the Court finds that the complaint fails to state a colorable claim under § 1983 against the defendants named in the complaint. As discussed in the accompanying Memorandum Opinion, the complaint seeks damages from Judge Dozier and Probation Officer Donna Cherry based on their role in revoking the plaintiff's probation. Because these defendants are entitled to absolute judicial immunity and quasi-judicial immunity, respectively, from suit for damages, the complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(b)(iii).

It is so **ORDERED**.

_____
Aleta A. Trauger
United States District Judge